Martier et ux. *v.* Philadelphia Electric Co. (et al., Appellant).

Argued March 22, 1976. *Charles W. Craven,* with him *John P. Penders,* and *Marshall, Dennehey & Warner,* for appellant; *Wayne M. Thomas,* with him *Harold E. Kohn,* and *Kohn, Savett, Marion & Graf,* for appellees.

Order affirmed.

Martz, et al., Appellants, *v.* New Oxford Community Fire Company, Inc., et al.

Argued March 8, 1976. *Charles E. Wasilefski,* with him *Irwin Benjamin,* and *Hurwitz, Klein, Benjamin & Angino,* for appellants; *G. Thomas Miller* and *George F. Douglas, Jr.,* with them *Clyde W. McIntyre, Jesse L. Crabbs, Delano M. Lantz,* and *McNees, Wallace & Nurick,* for appellees.

Order affirmed.